

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CALEB BLAISE<br><br>*Defendant.* | Case No. 1:24-CR-232<br><br>Count 1: 18 U.S.C. § 1708<br>(Theft of mail matter)<br><br>Count 2: 18 U.S.C. § 1708<br>(Theft of mail matter) |

FILED
IN OPEN COURT

OCT 2 4 2024

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## INDICTMENT

October 2024 Term—at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

**Count One**
**(Theft of mail matter)**

On or about October 28, 2021 in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, CALEB BLAISE, aided by others unknown to the Grand Jury, did steal, take and abstract a postal card, package, bag, and mail or any article and thing contained therein, which had been left for collection in a Postal Service collection box which was an authorized depository for mail located at 2200 North George Mason Drive, Arlington, Virginia.

(All in violation of Title 18, U.S. Code, Section 2, 1708.)

## Count Two
### (Theft of mail matter)

THE GRAND JURY FURTHER CHARGES THAT:

On or about December 9, 2021, in Arlington County, Virginia, within the Eastern District of Virginia, the defendant, CALEB BLAISE, aided by others unknown to the Grand Jury, did steal, take and abstract a postal card, package, bag, and mail or any article and thing contained therein, which had been left for collection in a Postal Service collection box which was an authorized depository for mail located at 2200 North George Mason Drive, Arlington, Virginia.

(All in violation of Title 18, U.S. Code, Sections 2, 1708.)

JESSICA D. ABER
United States Attorney

By: _____
Anthony J. Rodregous
Assistant United States Attorney

A TRUE BILL

FOREPERSON

Pursuant to the E-Government Act,, The original of this page has been filed under seal in the Clerk's Office